**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*<br><br>                  Debtors. | Chapter 11<br>Case No. 14-10979-CSS<br>(Jointly Administered) |
| DELAWARE TRUST COMPANY, as TCEH First Lien Indenture Trustee,<br><br>                  Plaintiff,<br><br>                  -against-<br><br>WILMINGTON TRUST, N.A., as First Lien Collateral Agent and First Lien Administrative Agent, *et al.*,<br><br>                  Defendants. | Adversary Proceeding No. 15-51239-CSS |

**JOINT MOTION OF DEFENDANTS MORGAN STANLEY CAPITAL**
**GROUP INC. AND J. ARON & COMPANY FOR**
**<u>JUDGMENT ON THE PLEADINGS</u>**

Pursuant to Federal Rules of Bankruptcy Procedure 7012 and 7056 and Federal Rules of Civil Procedure 12(c) and 56, defendants Morgan Stanley Capital Group Inc. ("<u>Morgan Stanley</u>") and J. Aron & Company ("<u>J. Aron</u>" and, together with Morgan Stanley, "<u>Defendants</u>"), hereby respectfully move this Court for entry of an order, substantially in the form attached hereto as <u>Exhibit A</u>, granting Defendants judgment on the pleadings and dismissing with prejudice the First Amended Complaint (ECF No. 30), filed by plaintiff Delaware Trust Company, as TCEH First Lien Indenture Trustee, or, in the alternative, granting summary judgment for the Defendants (the "<u>Motion</u>"). In support of the Motion, the Defendants have contemporaneously filed, and incorporate herein by reference, the Opening Brief in Support

of Defendants Morgan Stanley Capital Group Inc.'s and J. Aron & Company's Joint Motion for Judgment on the Pleadings (the "<u>Opening Brief</u>")[1] and the Declaration of Hugh Murtagh.

WHEREFORE, for all the reasons set forth herein and in the accompanying Opening Brief, Defendants respectfully request that the Court enter an order, substantially in the form attached hereto, (a) granting the Motion, (b) dismissing the First Amended Complaint with prejudice, (c) declaring that all Distributions due to the First Lien Creditors under the Plan shall be made to the Secured Debt Representatives (as defined in the Plan) to be distributed Pro Rata (as defined in the Plan) to each of the First Lien Creditors on the Effective Date (as defined in the Plan), (d) declaring that all Holdback Amounts escrowed under the Cash Collateral Order shall be released to the Secured Debt Representatives (as defined in the Plan) to be distributed Pro Rata (as defined in the Plan) to each of the First Lien Creditors within five (5) business days of entry of this order, and no amounts shall be deducted as Holdback Amounts from any future Monthly Payments and (e) granting such other and further relief as the Court deems just and appropriate.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Opening Brief.

Dated: October 9, 2015

COZEN O'CONNOR

By:  */s/ Simon E. Fraser*

Mark E. Felger (No. 3919)
Simon E. Fraser (No. 5335)
1201 North Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2011
Fascimile: (215) 701-2260
Email: mfelger@cozen.com
Email: sfraser@cozen.com

-AND-

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Thomas J. Moloney (admitted *pro hac vice*)
Sean A. O'Neal (admitted *pro hac vice*)
Humayun Khalid (admitted *pro hac vice*)
Hugh K. Murtagh (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Fascimile: (212) 225-3999
Email: tmoloney@cgsh.com
Email: soneal@cgsh.com
Email: hkhalid@cgsh.com
Email: hmurtagh@cgsh.com

*Counsel for J. Aron & Company*

By:  */s/ Ashley R. Altschuler*

DLA PIPER LLP (US)
Ashley R. Altschuler (No. 3803)
R. Craig Martin (No. 5032)
Scott Czerwonka (No. 4844)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
ashley.altschuler@dlapiper.com
craig.martin@dlapiper.com
scott.czerwonka@dlapiper.com

-AND-

CADWALADER, WICKERSHAM & TAFT LLP
Howard R Hawkins, Jr. (admitted *pro hac vice*)
Ellen M. Halstead (admitted *pro hac vice*)
Michele Maman (admitted *pro hac vice*)
Thomas J. Curtin (admitted *pro hac vice*)
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666
howard.hawkins@cwt.com
ellen.halstead@cwt.com
michele.maman@cwt.com
thomas.curtin@cwt.com

Mark C. Ellenberg (admitted *pro hac vice*)
700 Sixth Street, N.W.
Washington, DC 20001
Telephone: (202) 862-2200
Facsimile: (202) 862-2400
mark.ellenberg@cwt.com

*Counsel for Morgan Stanley Capital Group Inc.*