# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: JudyF | Date Created: 3/11/2016 |
| Case: 15−51239−CSS | Form ID: pdfjo | Total: 49 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| intp | The Bank Of New York Mellon Trust Company, N.A. |
| intp | Titan Indemnity Company |
| intp | Morgan Stanley & Co. Inc. |

TOTAL: 3

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Ashley Robert Altschuler | ashley.altschuler@dlapiper.com |
| aty | Barry M. Klayman | bklayman@cozen.com |
| aty | Benjamin J. Schladweiler | bschladweiler@ramllp.com |
| aty | Bradley R. Aronstam | baronstam@ramllp.com |
| aty | Brett H. Miller | BMiller@mofo.com |
| aty | Christopher A. Ward | cward@polsinelli.com |
| aty | Daniel S. Shamah | dshamah@omm.com |
| aty | Ellen M. Halstead | ellen.halstead@cwt.com |
| aty | George Davis | gdavis@omm.com |
| aty | GianClaudio Finizio | gfinizio@bayardlaw.com |
| aty | Howard R. Hawkins, Jr. | howard.hawkins@cwt.com |
| aty | Humayun Khalid | hkhalid@cgsh.com |
| aty | James Michael Peck | jpeck@mofo.com |
| aty | Jarrett Vine | jvine@polsinelli.com |
| aty | Joseph H. Huston, Jr. | jhh@stevenslee.com |
| aty | Justin K. Edelson | jedelson@polsinelli.com |
| aty | Lorenzo Marinuzzi | LMarinuzzi@mofo.com |
| aty | Mark D. Kotwick | KOTWICK@SEWKIS.COM |
| aty | Mark E. Felger | mfelger@cozen.com |
| aty | Michael David Debaecke | debaecke@blankrome.com |
| aty | Neil B. Glassman | bankserve@bayardfirm.com |
| aty | Neil B. Glassman | bankserve@bayardfirm.com |
| aty | Sean A. O'Neal | soneal@cgsh.com |
| aty | Simon E. Fraser | sfraser@cozen.com |
| aty | Thomas J. Moloney | tmoloney@cgsh.com |
| aty | Thomas Ross Hooper | hooper@sewkis.com |
| aty | Todd M. Goren | tgoren@mofo.com |

TOTAL: 27

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| aty | Benjamin J.A. Sauter    Kobre & Kim LLP    800 Third Avenue    New York, NY 10022 |
| aty | David Singh    Weil Gotshal & Manges (NY)    767 5th Ave    New York, NY 10153 |
| aty | Elsbeth Bennett    Cleary Gottlieb Steen & Hamilton LLP    2000 Pennsylvian Avenue, NW    Washington, DC 20006 |
| aty | Hugh K. Murtagh    One Liberty Plaza    New York, NY 10006 |
| aty | Jeremy C. Hollembeak    Kobre & Kim LLP    800 Third Avenue    New York, NY 10022 |
| aty | Jessica Liou    Weil Gotshal & Manges LLP    767 Fifth Avenue    New York, NY 10153 |
| aty | Jonathan Rosenberg    OMELVENY & MYERS, LLP    Times Square Tower    7 Times Square    New York, NY 10036 |
| aty | Mark C Ellenberg    Cadwalader, Wickersham & Taft LLP    700 Sixth St NW    Washington, DC 20001 |
| aty | Michael D. DeBaecke    Blank Rome LLP    1201 Market Street, Suite 800    Wilmington, DE 19801 |
| aty | Michael S. Kim    Kobre & Kim LLP    800 Third Avenue    New York, NY 10022 |
| aty | Michele Maman    Cadwalader Wickersham & Taft LLP    One World Financial Center    New York, NY 10281 |
| aty | Peter Friedman    O'Melveny & Myers LLP    1625 Eye Street, NW    Washington, DC 20006 |
| aty | R. Craig Martin    DLA Piper LLP (US)    1201 N. Market Street    Suite 2100    Wilmington, DE 19801 |
| aty | Ronit J. Berkovich    Weil, Gotshal & Manges    767 Fifth Avenue    New York, NY 10153 |
| aty | Salvatore A. Romanello    Weil, Gotshal & Manges LLP    767 Fifth Avenue    New York, NY 10153 |
| aty | Scott Czerwonka    DLA Piper LLP (US)    1201 N. Market Street    Suite 2100    Wilmington, DE 19801 |
| aty | Shanti M. Katona    Polsinelli Shughart PC    222 Delaware Avenue, Suite 1101    Wilmington, DE 19801 |
| aty | Thomas J. Curtin    Cadwalader Wickersham & Taft LLP    One World Financial Center    New York, NY 10281 |
| ust | United States Trustee    844 King Street, Room 2207    Lockbox #35    Wilmington, DE 19899−0035 |

TOTAL: 19